Mailing Address
Federal Correctional Institution, Talladega
Oray Fifer (06026-046-Sigma-A)
P.O. BOX 1000
Talladega, AL 35160

```
         FILED      ____ LODGED
____ RECEIVED       ____ COPY

         AUG 1 6 2012

      CLERK U S DISTRICT COURT
        DISTRICT OF ARIZONA
BY_____ DEPUTY
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ORAY FIFER, | Pro Se, |
| Plaintiff, | Civil No. **CV 12-1753-PHX-NVW-SPL** |
| vs. | Civil Action Federal Tort Claim Act § 2680 |
| UNITED STATES OF AMERICA, | Jury Trial Demanded |
| Defendant. | |

### COMPLAINT

1. This action arises under the Federal Tort Claims Act § 2671 through 2680 of Title 28 of the United States Code. This Court is vested with jurisdiction pursuant to § 1346(b) of Title 28 of the United States Code.

### PREREQUESITE EXHAUSTION OF FEDERAL AGENCY REMEDY

2. This matter arises out of an riot occurring on United States of America property known as the Federal Correctional Institution, Phoenix located in Phoenix Arizona on and about September 3, 2010. On and About December 1, 2011, a completed Claim for Damage, Injury or Death form was mailed to the Bureau of Prison, Western Regional Office located in Sacramento California, On and About December 20, 2011, the Western Regional Office acknowledged receipt of the tort claim form and assigned me a administrative claim number (TRT-WXR 2012-01225)

3. On and About February 23, 2012, the United States of America, through the Federal Bureau of Prison, the Western Regional Office, sent notice certified mail, return-receipt requested, received in the office of counselor akins at Federal Corrctional Institution, Talladega. On and About February 27, 2011, a notice of final administrative action rejecting the Plaintiff's claim against the United States of America

## FACTUAL ALLEGATIONS

5. Plaintiff is an adult individual residing at the Federal Correctional Institution, Talladega Alabama, and at all times mentioned herein was a inmate incarcerated at Federal Correctional Institution, Pheonix Arizona located in Maricopa County.

6  At all times mentioned herein, Defendant, the United States of America, was in possession and control of a Federal Bureau of Prison, known as Federal Correctional Institution  Phoenix, located at 37900 N. 45th Ave Phoenix  Arizona 85086.

7. At all times herein, the employees, agents and servants of the United States of America, Federal Bureau of Prisons, a federal agency of the Defendant had the duty to comply with all federal bureau of prison policies, all federal laws and local state laws.  This duty includes but not limited to:

> Not to use unauthorized "force" against inmates under its supervision, Not to deliberately violate inmates constitutional rights under its supervision, and Not to use Non-lethal weapons in a unauthorized and deliberate manner for the purpose of causing physical harm to inmates under its supervision.

All  the hereinafter described acts or omissions were performed by the employees, agents and sevants of the Defendant, the United States of America, through, the Bureau of Prisons while acting within the scope of their employment, and with the permission and consent of the Defendant.

8. On and About September 3, 2010, around 6:00pm, I  was watching tv in the dayroom area.  I then heard someone yelling "over hear, they are attacking the brother".  I then walked over towards the officer station because thats were the yelling was coming from.  As I came to the Officer station, I did not see anyone but a few mexicans running to the lower tier area.  As I moved forward towards the officer's stattion, I seen a pool of blood on the floor.  I turned and walked upstairs to my room.  I put my radio in my locker and locked my locker.  I then came out of my room to look for my roommate because I knew something was going to happen. As I stood on the top tier, several black inmates started running around looking for the mexicans who attacked the black inmate.  A fight beganed between the black inmates and the mexican inmates.  I stood on the top tier watching the fight below on the main floor.  Then I walked to   end of the tier over by the staircase because stuff was flying everywhere.  I then walked down the stairs

and stood on the middle of the stairs because people was running on the top tier wher i was standing. A few seconds later, i heard a big boom. I seen the mexican inmates scatter and started running in room and down to the lower tier. i then heard someone yelling "get to your rooms now!!!". Then all the inmates scattered, evne the ones that was just watching the fight went to their rooms. When I then heard the yelling instructing everyone to get to their rooms, I started running up the stairs to get to my room. My room is located three rooms or four down from the top of the staircase. As I made it to the top of the staircase, i got shot in the back of my head with a ball. I turned left to run to my room. I then placed my left hand over my left eye because I only have one good eye. I am blind in my right eye. I tryed to make it to my room to lock down as I was instructed. I was hit with balls in the back of my left hand, the hand I was holding over my good eye. I then turned my head towards the wall and I seen a bunch of balls hitting off the wall. I was then hit in the neck on my left side with a ball. At that moment, it did not seem to me that I was going to make it to my house. So I stoped and tryed to get down on the ground. As I got down on my knees, I took my hand away from my face, the hand I was using to protect my good eye, I tryed to place my hand on the ground to brace myself, when I was hit in the fourhead, the left cheek and the left eye with balls. After I got hit in the eye, everything when black. I fell in front of my room. My roomate looked out the cell door window and seen me laying out infront of the door. He then opened the cell door, grabbed my arm and pulled me in the cell. He and another inmate that ran in my room, placed me on the bed. I was bleeding out of my left eye. About 30-mintues later, a officer came aroud to each cell to see who needed medical attention. I was then taken to a outside hospital. I had to have surgery on my left eye. It was determined by doctors that I had a detached retina, blood in the eye, and contusion. I was placed in the SHU for investigation for a riot. Later it was determined that there was no evidence that I was involved in the riot and I did not receive a incident report.

9. At the time, I did not know who shot me. A few inmates who witnessed the whole incident informed me that LT-Shuster and LT-Peterson shot me with the Pepperball gun. While I was in the SHU, I seen LT-Shuster. LT-Shuster came to my cell door and I asked LT-Shuster, "Why did you shoot me, I was not doing anything to no one, I was trying to get to my room". Lt-shuster looked around and said "You should've ran alot faster Fifer"

10.   At all times, I was obeying a direct order to go to my room, and at no time did I disobey this direct order on the way to my room, when i was shot several times without warning in the head area. At the time I was shot, I did not have a weapon of anykind on my person or in my hands. I was not a immediate threat to staff or imates, as there were no inmate in my immediate area, and I was not trying to destroy government property, as there were no government property in my immediate area.

### CAUSE OF ACTION

11.   At the time, date, and place aforesaid, the Defendant, through their agents and servants, used excessive force against the Plaintiff in violation of Bureau of Prison policies, Federal Laws, Arizona state laws, and his United States Constitutional Rights under the 8th Amendment and said acts consisited of the following acts and ommissions:

(a)   Excessive Force was used against the Plaintiff while following a direct order to return to his cell. This order was given by Defendant's agents and servants. As Plaintiff was following these direct orders, without warning, Defendant through its agents and servants, deliberately and intentionally for the purpose of doing harm, shot Plaintiff several times in the head area, striking him once in the left eye perminantly damaging that eye.

(b)   Excessive Force was used against the Plaintiff while following a direct oreder to return to his cell. This order was given by the Defendant's agents and servants. The Plaintiff, who at the time, had no weapons on his person, or in his hands, posed no immediate threat to staff or inmates, and was not destroying government property, was deliberately and intentionally shot anyway for no justifiable reasons.

(c)   Excessive force was used against the Plaintiff while following a direct order to return to his cell. This order was given by the Defendant's agents and servants. As Plaintiff was complying with these orders, without warning he was shot several times. So thePlaintiff stop and tryed to give himself up by getting on the ground. As he tryed to get down, Defendant's agents and servants kept shooting until Plaintiff lay unconscious on the ground. These balls struck Plaintiff several times in the head area, doing perminant damage to his left eye.

**WHEREFORE,** Plaintiff, Oray Fifer, demands judgment against the Defendant, The United States of America, as follows:

1. Damages in the amount of $500,000.00 as claimed to the administrative agency
2. Plaintiff's cost in this action for court fees that he will have to pay.
3. Plaontiff's cost for services fees for this complaint to be served.
4. Such other and further relief as the court and/or jury may deem just and proper.

_____ Pro se                Done on this 8 day of August, 2012
Oray Fifer, Plaintiff

Mailing Address

F.C.I., Talladega
Oray Fifer (06026-046-Sigma-A)
P.O. Box 1000
Talladega, AL 35160