ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

EMORY T. HURLEY
Assistant U.S. Attorney
Arizona State Bar No. 014812
KRISTINA L. MORRISON
Assistant U.S. Attorney
Arizona State Bar No. 029646
Two Renaissance Square
40 North Central Ave., Suite 1800
Phoenix, Arizona  85004-4408
Telephone:    602.514.7500
Facsimile:    602.514.7760
Emory.Hurley@usdoj.gov
Kristina.Morrison@usdoj.gov

*Attorneys for Defendant United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Oray Fifer, | CV-12-01753-PHX-NVW-SPL |
| Plaintiff, | **DEFENDANT'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| v. | |
| United States of America, | |
| Defendant. | |

Defendant United States of America, by counsel, and pursuant to this Court's October 6, 2017, Order Setting Final Pretrial Conference [Dkt. 159], submits these Proposed Findings of Fact and Conclusions of Law.

1

**A.     PROPOSED FINDINGS OF FACT**

1.  Prior to Plaintiff's arrival at FCI Phoenix, Plaintiff was blind in his right eye.

2.  Plaintiff is currently serving a 25 year sentence for distribution of a controlled substance, conspiracy to distribute a controlled substance, and carrying a firearm in furtherance of a drug trafficking offense.

3.  On September 3, 2010, during a riot, Plaintiff was struck in the left eye with a rubber projectile, causing permanent injury.

4.  Fifer had five surgeries to his eyes—three to his left eye and two to his right eye—to restore sight to both eyes.

5.  The Federal Bureau of Prisons ("BOP") paid for Fifer's surgeries.

6.  The surgeries restored sight to Plaintiff's right eye.  The surgeries restored sight to Plaintiff's left eye, although vision in Plaintiff's left eye remains partially obscured with a "dot" in the center of his field of vision, due to the scarring. Glasses do not diminish this effect in the left eye.

7.  Plaintiff is currently employed in the prison sewing shop, sewing flaps on pants.

**B.     CONCLUSIONS OF LAW**

1.  Under the FTCA, the amount of Fifer's recovery cannot exceed $500,000.00, which is the amount claimed in his administrative claim. See 28 U.S.C. § 2675(b).

2.  The measure of damages for loss of earning capacity is the difference between what an injured person was capable of earning before the accident and injury and what he is capable of earning after the injury.  *Rollete v. Myers*, 474 P. 2d 196, 199 (Ariz. App. 1970).

3.  Plaintiff has not proven that his current earning capacity is less than his earning capacity prior to the injury of his left eye.

2

4.    The mere fact that an injury is permanent is insufficient to justify an award for future medical expenses.  *Saide v. Stanton*, 659 P.2d 35, 37 (Ariz. 1983).  To justify an award for future medical treatment, "there must be some evidence of the probable need for and nature of the future treatment, plus evidence of the cost of that treatment."  *Id.*

5.    Plaintiff has not established the probable need for future medical treatment or the cost of that treatment.

Respectfully submitted this 27th day of November, 2017.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona


*s/ Emory Hurley*

EMORY T. HURLEY
KRISTINA L. MORRISON
Assistant U.S. Attorneys
*Attorneys for Defendant*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2017, I electronically transmitted the attached

document to the Clerk's Office using the CM/ECF System for filing which transmitted a

copy to the following registrant of the CM/ECF System:

KATHERINE MAY
PERKINS COIE LLP
2901 North Central Avenue Suite 2000
Phoenix, AZ 85012-2788
KMay@perkinscoie.com

*s/   Emory T. Hurley*
United States Attorney's Office

4